# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE C. PAPPAS,
Appellant,

vs.

SIPPIN G. PAPPAS,
Respondent.

No. 70936

FILED

MAR 03 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decree of divorce. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

On January 30, 2017, this court entered an order directing appellant, within 15 days, to file and serve the opening brief and docketing statement. Pursuant to that order the documents were due to be filed no later than February 14, 2017. We cautioned appellant that failure to timely comply with our order could result in dismissal of the appeal. Appellant has failed to file the documents; accordingly, we conclude that appellant has abandoned this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-07307

cc: Hon. Rena G. Hughes, District Judge, Family Court Division
George C. Pappas
Sippin G. Pappas
Eighth District Court Clerk